UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                        Case No. 2:19–cr–20246–DPH–APP
                                            Hon. Denise Page Hood

Ricky Handschumacher, et al.,

                Defendant(s),

_____

## NOTICE TO APPEAR

   The following defendant(s) are hereby notified to appear:  Ricky Handschumacher, Colton Jurisic, Reyad Abbas, Garrett Endicott

   The defendant(s) shall appear before District Judge Denise Page Hood at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 219, Detroit, Michigan, for the following proceeding(s):

- JURY TRIAL:  June 18, 2019 at 09:00 AM

## Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/L. Saulsberry
                                                       Case Manager

Dated:  May 23, 2019