UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                      Case No. 2:19–cr–20246–DPH–APP
                                         Hon. Denise Page Hood

Ricky Handschumacher, et al.,

                Defendant(s),

_____

### NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

   NOTICE of hearing on [52] MOTION Substitution of Counsel as to Ricky Handschumacher. **Motion Hearing set for 8/9/2019 11:30 AM before District Judge Denise Page Hood** (LSau)

   All of the aforementioned Defendants are required to appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 219.

### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                     By: s/L. Saulsberry
                                                          Case Manager

Dated:  July 31, 2019