UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Criminal No. 19-CR-20246

        Hon. Denise Page Hood

D-2   RICKY HANDSCHUMACHER
D-3   COLTON JURISIC
D-4   REYAD GAFAR ABBAS
D-5   GARRETT ENDICOTT

        Defendants.
_____/

## STIPULATION TO FIND EXCLUDABLE DELAY

Plaintiff, the United States of America, by its attorneys together with RICKY HANDSCHUMACHER, COLTON JURISIC, REYAD GAFAR ABBAS, and GARRETT ENDICOTT, defendants,[1] through their attorneys, hereby stipulate, and jointly move for the Court to find, that the time period between June 18, 2019 and October 18, 2019 qualifies as excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties' reasons for finding of excludable delay are as

---

1 The remaining defendants have not yet appeared in court in this district.

follows:

- The subject matter of this case is complex, involves multiple crimes and victims, and requires the examination of significant amounts of digital evidence;

- Additional time is needed for the defendants to review discovery, and for all parties to prepare for trial;

- Defendants RICKY HANDSCHUMACHER, COLTON JURISIC, REYAD GAFAR ABBAS, and GARRETT ENDICOTT, understanding these necessities, waived their speedy trial rights in court on Jun 18, 2019; and

- The Court, accepting the parties request for additional time, on June 18, 2019, continued the matter until October 18, 2019.

So stipulated and respectfully submitted,

MATTHEW SCHNEIDER
United States Attorney

s/Timothy Wyse
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
(313) 226-9144
Timothy.Wyse@usdoj.gov

s/Keith Hammond
Attorney for Ricky Handschumacher
8624 Government Drive, Suite 101
New Port Richey, FL 34654
(727) 847-3121
dkhammond@tampabay.rr.com

        <u>s/Steven E. Scharg</u>
Attorney for Colton Jurisic
615 Griswold Street, Suite 1125
Detroit, MI 48226
(313) 962-4090
scharg1924@gmail.com

<u>s/Sanford A. Schulman</u>
Attorney for Reyad Gafar Abbas
500 Griswold Street, Suite 2340
Detroit, MI 48226
(313) 963-4740
saschulman@comcast.net

<u>s/P. J. O'Connor</u>
Attorney for Garrett Endicott
Wagstaff & Cartmell
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1181
pjoconnor@wcllp.com

Date:  September 3, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Criminal No. 19-CR-20246

Hon. Denise Page Hood

D-2   RICKY HANDSCHUMACHER
D-3   COLTON JURISIC
D-4   REYAD GAFAR ABBAS
D-5   GARRETT ENDICOTT

    Defendants.
_____/

## ORDER SETTING PRETRIAL CONFERENCE DATE AND FINDING EXCLUDABLE DELAY

Pursuant to the Stipulation between the United States of America and DEFENDANTS RICKY HANDSCHUMACHER, COLTON JURISIC, REYAD GAFAR ABBAS, and GARRETT ENDICOTT, the Court finds, that the time period between June 18, 2019 and October 18, 2019 qualifies as excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by the granting of the requested continuance outweigh the best interests of

the public and the defendants in a speedy trial. The parties are to appear at a status conference before the Court on October 18, 2019, 10:00 a.m.

SO ORDERED.

s/Denise Page Hood<br>Honorable Denise Page Hood<br>UNITED STATES DISTRICT JUDGE

Entered: September 3, 2019