UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

CASE NO. 2:19-cr-20246-DPH-APP-2

vs.

RICKY HANDSCHUMACHER

SENTENCING WITNESS LIST

**DEBRA FERRER**            (MOTHER)

**AMANDA UPCHURCH**         (SIGNIFICANT OTHER)

I HEREBY CERTIFY that on May 20, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Timothy J. Wyse, Esq.**, and **John K. Neal, Esq., Office of the United States Attorney; Shankar Ramamurthy, Esq., U.S. Department of Justice;** this 20th day of May, 2021.

D. KEITH HAMMOND, ESQ.
D. Keith Hammond, P.A.
8624 Government Drive, Suite 101
New Port Richey, FL 34654
(727) 847-3121; Fax: (727) 846-9362
hammondeservice@tampabay.rr.com
Attorney for Defendant
Florida Bar No. 330582